## 559. BALES v. GRIFFIN et al.

RUSSELL, J.  The finding in favor of the plaintiffs being authorized by
the evidence in their behalf, the verdict of the jury will not be disturbed.
*Crankshaw* v. *Schweizer Mfg. Co.*, 1 *Ga. App.* 363 (58 S. E. 222).  The
grant of a new trial would not be authorized for an immaterial variance
between the allegations and the proof.     *Folsom* v. *Lewis*, 85 *Ga.* 146
(11 S. E. 606).                                          *Judgment affirmed.*

Action for breach of warranty, from city court of Dublin—
Judge Burch.   May 6, 1907.

Submitted October 28,—Decided November 25, 1907.

*P. L. Wade*, for plaintiff in error.    *J. S. Adams*, contra.

---

## 560. DURDEN et al. v. DEKLE.

POWELL, J.   A contract of suretyship, guaranty, or accommodation indorse-
ment is not within the legitimate business of an ordinary partnership;
hence one partner has not the power to bind the partnership or the other
partners by any such contract, without their consent.   While the part-
ners not originally bound may, in certain events, ratify the unauthorized
acts of the other partner, no facts sufficient to supply the necessary ele-
ments of a ratification appear in the present case.

                                                        *Judgment reversed.*

Certiorari, from Emanuel superior court—Judge Rawlings.
Argued October 28,—Decided November 25, 1907.

*Saffold & Larsen*, for plaintiffs in error.

*G. S. Johnston*, contra.